AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original     ❏



CLERK'S OFFICE
A TRUE COPY
Nov 06, 2024
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH FACEBOOK<br>ACCOUNTS 100093157038636 AND 61554397554408,<br>THAT ARE STORED AT PREMISES CONTROLLED BY<br>META PLATFORMS, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. **24-M-513 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    11-20-24    *(not to exceed 14 days)*
   ❏ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Stephen C. Dries    .
                                                     *(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ❏ for _____ days *(not to exceed 30)*    ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:    11-6-24. 9:25 am _____      *(signature)* Stephen C. Dri__
                                                            *Judge's signature*

City and state:    Milwaukee, WI                       Honorable Stephen C. Dries, U.S. Magistrate Judge
                                                           *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A
## Property to Be Searched

This warrant applies to information between January 1, 2024 through present date, associated with the following Facebook accounts:

- **TARGET ACCOUNT 1:**

  o Vanity Name: "YoungShit Talker"

  o URL: https://www.Facebook.com/profile.php?id=100093157038636

  o Facebook User ID: 100093157038636

- **TARGET ACCOUNT 2**:

  o Vanity Name: "HawkEm Down Mike"

  o URL: https://www.Facebook.com/profile.php?id=61554397554408

  o Facebook User ID: 61554397554408

that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a social networking company headquartered in Menlo Park, California.

## ATTACHMENT B

### Items to be Seized

Information to be disclosed by Meta Platforms, Inc.

### Particular Things to be Seized

**I.  Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in **Attachment A**:

(a)  All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers for user Account Name with the Usernames and Account IDs listed in **Attachment A**.

(b)  All activity logs for the account and all other documents showing the user's posts and other Facebook or Instagram activities from **January 1, 2024 to present**;

(c)  All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable

Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook/Instagram group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook/Instagram applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from **January 1, 2024 through present,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook/Instagram posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account from **January 1, 2024 through present**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service used by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook/Instagram posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Facebook/Instagram and any person regarding the user or the user's Facebook/Instagram account, including contacts with support services and records of actions taken.

(r)     All content (whether created, uploaded, or shares by or with the Account), records, and other information relating to videos (including live videos and videos on IGTV), image stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, from **January 1, 2024 through present**.

(s)     All content, records, and other information relating to communications sent from or received by the accounts in Attachment A including by not limited to:

    a.  The content of all communications sent from or received by the Accounts listed in Attachment A, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available.

    b.  All records and other information about direct, group, and disappearing messages sent from or received by the Accounts listed in Attachment A including dates and times, methods, sources, and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot)

    c.  All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants

    d.  All associated logs and metadata,

(t)     All content, records, and other information relating to all other interactions between the Accounts listed in Attachment A and other Instagram users from **January 1, 2024 through present** including but not limited to:

    a.  Interactions by other Instagram users with the Accounts listed in Attachment A or its content, including posts, comments, like, tags, follows (including follows unfollows, approved and denied follow requests, and blocks and unblocks), shares invitations, and mentions

b. All users the Accounts listed in Attachment A has followed including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account

c. All contacts and related sync information

d. All associated logs and metadata

Meta is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violation of 18 U.S.C. 922(g)(1) (unlawful possession of firearms and ammunition by a convicted felon) and 21 U.S.C. 841(a)(1) (possession of narcotics with the intent to distribute) involving Travis WILLIAMS and Michael JOHNSON, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between WILLIAMS, JOHNSON, and others related to the relevant offense conduct of illegal use and possession of firearms and narcotics;

(b) Evidence indicating how and when the Facebook/Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook/Instagram account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the sale of firearms and sale and use of controlled substances, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.



CLERK'S OFFICE
A TRUE COPY
Nov 06, 2024
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNTS )
100093157038636 AND 61554397554408, THAT ARE STORED AT )
PREMISES CONTROLLED BY META PLATFORMS, INC. )

Case No. 24-M-513 (SCD)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❒ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | unlawful possession of firearms and ammunition by a convicted felon |
| 21 U.S.C. § 841(a)(1) | possession of narcotics with the intent to distribute |

The application is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

❒ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sean Carlson, Special Agent - A
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: 11-6-24

_____
*Judge's signature*

City and state:  Milwaukee, WI

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Special Agent Sean Carlson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2.      I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Milwaukee Field Office since November 2015. I have been employed as a full-time law enforcement officer for approximately fifteen years. Prior to my employment at ATF, I was a Patrol Officer at the Hammond Police Department in Hammond, Indiana for over four (4) years, and then I served approximately five (5) years as a Federal Air Marshal with the U.S. Department of Homeland Security.

3.      As a Special Agent, I have participated in the investigation of firearms and narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, and weapons. As a firearms investigator, I have interviewed many individuals involved in firearm and drug trafficking and have obtained information from them regarding acquisition, sale, importation, manufacture, and distribution of firearms and

controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled substances.

4.      Based on my training, experience and participation in drug trafficking and firearms trafficking investigations, I know and have observed the following:

5.      I have relied on informants to investigate firearms trafficking and drug trafficking. Through informant interviews and debriefings of individuals involved in those offenses, I have learned about the manner in which individuals and organizations finance, purchase, transport, and distribute firearms and narcotics both within and outside of Wisconsin. I have utilized informants to conduct "controlled purchases" of firearms and controlled substances from individuals, as opposed to licensed gun dealers. I have also conducted surveillance of individuals engaged in firearms and drug trafficking and participated in the execution of numerous search warrants resulting in the seizure of drugs, firearms, ammunition, and magazines.

6.      Based on my training and experience, I have become familiar with the language utilized over the telephone to discuss firearms and drug trafficking and know that the language is often limited, guarded, and coded. I also know that firearms and drug traffickers often use electronic devices (such as computers and cellular phones) and social media to facilitate these crimes.  Based on my experience, I know that firearms traffickers may keep photographs of these items on electronic devices.

7.      I also know that drug traffickers and firearms traffickers commonly possess—on their person, at their residences, at their places of business, in their vehicles, and other locations where they exercise dominion and control—firearms, ammunition, and records or receipts pertaining to such.

2

8. I know that firearms traffickers and drug traffickers often put their telephones in nominee names to distance themselves from telephones that are utilized to facilitate these and related offenses. I also know that firearm and drug traffickers often use proceeds to purchase assets such as vehicles, property, jewelry, and narcotics. I also know that firearm and drug traffickers often use nominees to purchase or title these assets to avoid scrutiny from law enforcement.

9. During the course of my career, I have conducted criminal investigations involving the use of social media. Additionally, I have received training and instruction regarding the use of social media sites by criminal elements. I have conducted previous criminal investigations in which internet research that I conducted yielded the use of social media by suspects. Specifically, I know from my training and experience that alleged suspects of criminal activity, who have accounts on social media websites, will often communicate their criminal intentions or past activity via "instant message" or "in-box message" on a given social media website. The "instant message" / "in-box message" is a private communication from one user to another. Furthermore, I know through experience that many social media users often use social media websites as their primary means to communicate with others. Additionally, I know from training and experience that suspects who use social media websites sometimes post photographs of themselves possessing incriminating items, such as narcotics, unexplained large amounts of cash, and firearms. Also, suspects in criminal investigations have been known to post statements and/or lyrics on social websites referencing their own criminal activity.

10. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This affidavit is

3

intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

11. Based on my training, experience, and the facts as set forth in this affidavit, there is probable cause to believe that Travis D. WILLIAMS (DOB XX/XX/2005) and Michael JOHNSON (DOB XX/XX/2005) committed violations of 18 U.S.C. § 922(g)(1) (unlawful possession of firearms and ammunition by a convicted felon) and 21 U.S.C. § 841(a)(1) (possession of narcotics with the intent to distribute). There is also probable cause to search the information described in Attachment A for evidence of this crime, as described in Attachment B.

## TARGET ACCOUNT 1S TO BE SEARCHED

Facebook account showing vanity name "YoungShit Talker" with Facebook User ID # 100093157038636, https://www.Facebook.com/profile.php?id=100093157038636 (**TARGET ACCOUNT 1)**

Facebook account showing vanity name "HawkEm Down Mike" with Facebook User ID # 61554397554408, https://www.Facebook.com/profile.php?id=61554397554408 (**TARGET ACCOUNT 2**)

## PROBABLE CAUSE

**Travis WILLIAMS as the user of Facebook profile "YoungShit Talker"**

12. On October 21, 2024, your affiant was contacted by Wisconsin Probation and Parole Agent (PPA) Kyle Courtier (ID no. 93102), the probation agent for Travis D. WILLIAMS (b/m, DOB XX/XX/2005). PPA Courtier stated during a recent probation visit with WILLIAMS, as part of his required probation, WILLIAMS stated he was starting his own t-shirt and apparel company which he identified as "YoungShit Talker". Following that meeting, PPA Courtier located a Facebook profile with the vanity name "YoungShit Talker" (Facebook User

4

ID #100093157038636, https://www.Facebook.com/profile.php?id=100093157038636, **TARGET ACCOUNT 1**). During his review of the profile "YoungShit Talker", PPA Courtier observed many photos and videos which depicted, WILLIAMS posing with large amounts of US Currency, and holding firearms.

13. Your affiant ran a criminal history search for Travis WILLIAMS, and learned he is a convicted felon based on a 2023 State of Wisconsin conviction for possession of a firearm by an adjudicated delinquent of a felony (case no. 2023CF001243).

14. Your affiant, who has previously reviewed Wisconsin DMV photographs and booking photographs of WILLIAMS, reviewed the Facebook profile "YoungShit Talker" (**TARGET ACCOUNT 1)** and I observed many photographs primarily depicting an individual I recognize as WILLIAMS, which leads your affiant to conclude WILLIAMS is likely the owner of this Facebook profile.

15. Your affiant observed on August 30, 2024, the user of Facebook profile, "YoungShit Talker" (**TARGET ACCOUNT 1**) posted the following publicly visible photographs depicting Travis WILLIAMS possessing a large amount of currency, several cellular phones, and a what appears to be a black Taurus pistol with an extended magazine. Your affiant is aware, from training and experience, that in one particular photograph, the firearm has proper markings consistent with that of a Taurus Shield pistol. The posts are captioned "53206" which is a zip code for Milwaukee, WI, where your affiant knows WILLIAMS to reside.

5





6



16.     Your affiant observed on September 7, 2024, the user of Facebook profile "YoungShit Talker" (**TARGET ACCOUNT 1)** posted the following publicly visible photograph depicting WILLIAMS standing in front of a red brick building, while holding a large amount of US currency.



17. Your affiant is aware that WILLIAMS' self-reports his address with his Probation and Parole Agent as 8500 W. Fond Du Lac Avenue, Milwaukee, Wisconsin. In the below google maps photograph of 8500 W. Fond Du Lac Avenue, the building appears to have the same distinct red brick observed in the September 7, 2024, photograph depicting WILLIAMS.



In particular, the brick pattern and window sill visible in the Facebook photo appear to be consistent with the same features from the south-eastern-facing side wall of that building, as visible in the below google maps photograph.



8

18.    Your affiant observed on October 10, 2024, the user of Facebook profile, "YoungShit Talker" (**TARGET ACCOUNT 1**) posted the following publicly visible photograph depicting approximately six unknown black males, pointing firearms at the street signs at the intersection of N. 97th Street and W. Thurston Ave, which is an intersection in Milwaukee, WI. Your affiant observed that one particular tan "Glock" style pistol has what appears to be a machine gun conversion device, or "switch" installed in the back of the firearm, and several firearms have extended magazines.



19.    Your affiant observed on October 29, 2024, the user of Facebook profile, "YoungShit Talker" (**TARGET ACCOUNT 1**) posted the following post, with the hashtag "#TheRealShawnBoy" and a link to the Facebook profile "HawkEm Down Mike" (Facebook user ID # 100093157038636, https://www.Facebook.com/profile.php?id=100093157038636, **TARGET ACCOUNT 2)**.  Your affiant is aware through training and experience, that "Shawn Boys" is the name of a prominent Milwaukee Street gang, which have been linked to numerous

9

violent crimes in the Milwaukee area by the Milwaukee Police Department. Additionally, your affiant was provided a Milwaukee Police Department intelligence document which associated Travis WILLIAMS with the Shawn Boys, based on prior MPD reports.



**Michael JOHNSON as the user of the Facebook profile "HawkEm Down Mike"**

20.     On October 23, 2024, your affiant reviewed publicly visible posts made by the user of Facebook Profile "HawkEm Down Mike" (**TARGET ACCOUNT 2).**

21.     Your affiant observed on December 23, 2023, the user of profile "HawkEm Down Mike" (**TARGET ACCOUNT 2)** made the following post captioned "Christmas (tree emoji) Deals 20 40 60 (fire emoji) 2622709882 (phone emoji)". Your affiant is aware through training and experience that the terms "20 40 60" are commonly associated with narcotics sales, and the fire emoji is often used to denote product of superior quality.



a. On October 23, 2024, your affiant conducted a search of law enforcement databases and open-source public records, and I learned the number (262) 270-9882 is associated with Michael A. JOHNSON (b/m, DOB XX/XX/2005) and Tito A. JOHNSON Jr. (b/m DOB XX/XX/2005) at the address of 8500 W. Fond Du Lac Avenue, Milwaukee, WI. Additionally, your affiant is aware that Michael JOHNSON, is an associated member of the Shawn Boys street gang, based on Milwaukee Police report data, provided by MPD Analyst Seamus Stapleton. Your affiant is aware that Michael JOHNSON is currently on probation with the State of Wisconsin, and the phone number and address JOHNSON has on file with his PPA is "(262) 270-9882" and "2903 W. Clarke Street, Milwaukee, Wisconsin." Your affiant is aware that 2903 W. Clarke Street does not exist as an address, but your affiant has learned that Milwaukee Police records have associated JOHNSON with 2703 W. Clarke Street.

b. On October 29, 2024, your affiant reviewed T-Mobile subscriber records, obtained via Grand Jury subpoena, for the cellular phone number (262) 270-9882 and learned the number is registered to "Katrina Gordon" at 4468 N. 76th Street, Milwaukee, Wisconsin. Your affiant has previously identified Katrina Gordon as the mother of Michael JOHNSON, through State of Wisconsin Juvenile felony conviction records reviewed by investigators. Additionally, a utilities search for 2703 W. Clarke Street, Milwaukee, WI reveals that "Katrina GORDON" has been the utilities holder since June 1, 2024.

22. Your affiant observed on May 1, 2024, the user of profile "HawkEm Down Mike" (**TARGET ACCOUNT 2**) made the following post captioned "7ths 25 Of Og 7ths 60 of Za 7ths

11

30 Of Runtz (two fire emoji)". Your affiant is aware that the terms "Za" and "Runtz" are likely a form of brand name, which are often utilized to describe different strains of Marijuana.



23. Your affiant observed on September 12, 2024, the user of profile "HawkEm Down Mike" (TARGET ACCOUNT 2) made the following post which contained photographs which depicted an unknown black male displaying a large amount of US currency and holding a black pistol with an extended magazine. Your affiant is aware that those individuals involved in the sale of narcotics will often display large amounts of currency and firearms to elevate their social stature among their peers.



24.     Your affiant observed on September 18, 2024, the user of profile "HawkEm Down Mike" (**TARGET ACCOUNT 2)** made the following post which contained numerous photographs of unknown black males brandishing what appear to be firearms, both pistols with extended magazines, and rifles.  The user tagged approximately seventeen additional Facebook profiles.



25. Your affiant observed on September 21, 2024, the user of profile "HawkEm Down Mike" (**TARGET ACCOUNT 2)** posted the following photograph depicting eight black males displaying large amounts of US currency and displaying what appears to be a firearm. Your affiant recognizes Travis WILLIAMS is in this photograph, wearing a white t-shirt, and the group appears to be standing in front of a wall consistent in appearance with WILLIAMS' residence, located at 8500 W. Fond Du Lac Road, Milwaukee, WI. Additionally, your affiant compared this photograph to booking photographs of other previously identified members of the

14

Shawn Boys, as documented by MPD records. Your affiant observed Jamarrious MARTIN (DOB XX/XX/2002) and Terrion WITHERS (DOB XX/XX/2002) as being present in this photograph as well. Affiant knows that WITHERS was convicted of the felony offense of Robbery (Use of Force) in Milwaukee County Case 2021CF246, and that conviction remains of records and unreversed. This photograph was also utilized as the profile picture for the "HawkEm Down Mike" page.



15



26. Affiant has reviewed Wisconsin Circuit Court Access (CCAP) records related to Lincoln County Circuit Court Case 2021CF0045. Those records reflect JOHNSON was convicted of the felony offese of Battery by Prisoners on May 20, 2024. That conviction remains of record and unreversed.

## Conclusion

27. Your affiant is aware through training and experience, that those individuals who belong to street gangs will often utilize social media to post photos of themselves possessing large amounts of currency, firearms and drugs, as a manner to increase their social standing within their community and will often utilize the platform to facilitate the sale of narcotics. Additionally, your affiant is aware that these individuals will often communicate with each other via private messages via Facebook Messenger, and these messages could constitute evidence of their criminal activity. Based on the photographs depicted above, your affiant believes a search warrant for Facebook profile "YoungShit Talker" (**TARGET ACCOUNT 1)** and "HawkEm

16

Down Mike" (**TARGET ACCOUNT 2)** will contain evidence of the Shawn Boys street gangs' possession of firearms by a convicted felon and conspiracy to distribute narcotics.

## FACEBOOK INFORMATION

21.     Meta Platforms, Inc. owns and operates the free-access social networking websites called Facebook and Instagram that can be accessed at http://www.Facebook.com and http://www.Instagram.com respectively.   Facebook/Instagram allow its users to establish accounts with Facebook/Instagram, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook/Instagram users, and sometimes with the general public.

22.     Facebook/Instagram asks users to provide basic contact and personal identifying information to Facebook/Instagram, either during the registration process or thereafter.   This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook/Instagram passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.   Facebook/Instagram also assigns a user identification number to each account.

23.     Facebook/Instagram also collects and retains information about how each user accesses and uses Facebook/Instagram. This includes information about the IP addresses used to create and use an account, unique identifiers and other information about devices and web browsers used to access an account, and session times and durations.

24.     Each Instagram account is identified by a unique username chosen by the user. Users can change their usernames whenever they choose but no two users can have the same usernames at the same time. Instagram users can create multiple accounts and, if "added" to the

17

primary account, can switch between the associated accounts on a device without having to repeatedly log in and log out.

25. Instagram users can also connect their Instagram and Facebook accounts to use certain cross-platform features, and multiple Instagram accounts can be connected to a single Facebook account. Instagram accounts can also be connected to certain third-party websites and mobile apps for similar functionality. For example, an Instagram user can "tweet" an image uploaded to Instagram to a connected Twitter account or post it to a connected Facebook account, or transfer an image from Instagram to a connected image printing service. Facebook maintains records of changed Instagram usernames, associated Instagram accounts, and previous and current connections with accounts on Facebook and third-party websites and mobile apps.

26. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

27. Instagram users can "follow" other users to receive updates about their posts and to gain access that might otherwise be restricted by privacy settings (for example, users can choose whether their posts are visible to anyone or only to their followers). Users can also "block" other users from viewing their posts and searching for their account, "mute" users to avoid seeing their posts, and "restrict" users to hide certain activity and prescreen their

18

comments. Instagram also allows users to create a "close friends list" for targeting certain communications and activities to a subset of followers.

28. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

29. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

30. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link

19

to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

31. Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

32. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

33. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

34. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

35. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through

20

the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

36.     Instagram users have several ways to search for friends and associates to follow on Instagram, such as by allowing Facebook to access the contact list on their devices to identify which contacts are Instagram users. Facebook retains this contact data unless deleted by the user and periodically syncs with the user's devices to capture changes and additions. Users can similarly allow Facebook to search an associated Facebook account for friends who are also Instagram users. Users can also manually search for friends or associates

37.     Each Instagram user has a profile page where certain content they create and share ("posts") can be viewed either by the general public or only the user's followers, depending on the privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("bio"), and a website address.

38.     One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or store on their devices, to which they can apply filters and other visual effects, add a caption, enter the usernames of others ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Facebook servers.

39.     Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are "tagged" in a post by its creator or mentioned in a comment (user can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on

21

the profile or feeds of other users depending on several factors including privacy settings and which users were tagged or mentioned.

40. An Instagram "story" is like a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Story Archive" and remain on Facebook servers unless manually deleted. The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

41. Instagram allows users to broadcast live video from their profiles. Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion unless the creator chooses to send the video to IGTV, Instagram's long-form video app.

42. Instagram's direct messaging service, allows users to send private messages to select individuals or groups. These messages may include text, photos, videos, posts, profiles, and other information. Participants to a group conversation can name the group and send invitations to other to join. Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings. Senders can't view their disappearing messages after they are sent but do have access to each message status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot. Instagram Direct also enables users to video chat with each other directly or in groups.

43. Instagram offers services such as Instagram Checkout and Facebook Pay for users to make purchases, donate money, and conduct other financial transactions within the Instagram platform, Facebook, and other associated websites and apps. Instagram collects and retains

22

payment information, billing records, and transactional and other information when these services are utilized.

44.     Instagram has a search function which allows users to search for accounts by username, user activity by location and user activity by hashtag. Hashtags, which are topical words or phrases preceded by a hash sign (#), can be added to posts to make them more easily searchable and can be "followed" to generate related updates from Instagram. Facebook retains records of a user's search history and followed hashtags.

45.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

46.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

47.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

48.     Facebook collects and retains location information relating to the use of an Instagram account, including user-entered location tags and location information used by Facebook to personalize and target advertisements.

23

49.     Social networking providers like Meta Platforms, Inc. typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook or Instagram users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta Platforms, Inc. typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

50.     As explained herein, information stored in connection with a Facebook or Instagram  account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook or Instagram user's IP log, stored electronic communications, and other data retained by Meta Platforms, Inc., can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook or Instagram account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along

24

with the time and date. By determining the physical location associated with the logged IP addresses; investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Lastly, Facebook or Instagram account activity may provide relevant insight into the Facebook/ Instagram account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook/ Instagram account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

51.     Therefore, the computers of Meta Platforms, Inc. are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook/Instagram, such as account access information, transaction information, and other account information.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

28.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.

25

Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

26

## ATTACHMENT A
## Property to Be Searched

This warrant applies to information between January 1, 2024 through present date, associated with the following Facebook accounts:

- **TARGET ACCOUNT 1:**

    o Vanity Name: "YoungShit Talker"

    o URL: https://www.Facebook.com/profile.php?id=100093157038636

    o Facebook User ID: 100093157038636

- **TARGET ACCOUNT 2**:

    o Vanity Name: "HawkEm Down Mike"

    o URL: https://www.Facebook.com/profile.php?id=61554397554408

    o Facebook User ID: 61554397554408

that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a social networking company headquartered in Menlo Park, California.

## ATTACHMENT B

### Items to be Seized

Information to be disclosed by Meta Platforms, Inc.

### Particular Things to be Seized

**I.    Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in **Attachment A**:

(a)    All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers for user Account Name with the Usernames and Account IDs listed in **Attachment A**.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook or Instagram activities from **January 1, 2024 to present**;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable

Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook/Instagram group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook/Instagram applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user from **January 1, 2024 through present,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook/Instagram posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account from **January 1, 2024 through present**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service used by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook/Instagram posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Facebook/Instagram and any person regarding the user or the user's Facebook/Instagram account, including contacts with support services and records of actions taken.

(r)     All content (whether created, uploaded, or shares by or with the Account), records, and other information relating to videos (including live videos and videos on IGTV), image stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, from **January 1, 2024 through present**.

(s) All content, records, and other information relating to communications sent from or received by the accounts in Attachment A including by not limited to:

a. The content of all communications sent from or received by the Accounts listed in Attachment A, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available.

b. All records and other information about direct, group, and disappearing messages sent from or received by the Accounts listed in Attachment A including dates and times, methods, sources, and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot)

c. All records and other information about group conversations and video chats, including dates and times, durations, invitations, and participants

d. All associated logs and metadata,

(t) All content, records, and other information relating to all other interactions between the Accounts listed in Attachment A and other Instagram users from **January 1, 2024 through present** including but not limited to:

a. Interactions by other Instagram users with the Accounts listed in Attachment A or its content, including posts, comments, like, tags, follows (including follows unfollows, approved and denied follow requests, and blocks and unblocks), shares invitations, and mentions

b. All users the Accounts listed in Attachment A has followed including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account

c. All contacts and related sync information

d. All associated logs and metadata

Meta is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violation of 18 U.S.C. 922(g)(1) (unlawful possession of firearms and ammunition by a convicted felon) and 21 U.S.C. 841(a)(1) (possession of narcotics with the intent to distribute) involving Travis WILLIAMS and Michael JOHNSON, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between WILLIAMS, JOHNSON, and others related to the relevant offense conduct of illegal use and possession of firearms and narcotics;

(b) Evidence indicating how and when the Facebook/Instagram account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook/Instagram account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e) The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the sale of firearms and sale and use of controlled substances, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.